IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JAMES L. KIRK,

                                               ORDER

                   Plaintiff,

                                             18-cv-110-bbc

    v.

TAMMI MAASSEN, W. BRAD MARTIN,
DEBRA TIDQUIST, CHERYL MARSOLEK
AND GEORGIA KOSTOHYZ,

                 Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Plaintiff James Kirk filed this lawsuit pro se, contending that he has been denied adequate treatment for a serious heart condition while incarcerated at the Jackson Correctional Institution.  I granted plaintiff leave to proceed on claims under the Eighth Amendment, and recruited counsel to represent him.  Now plaintiff's counsel has filed an amended complaint.  Dkt. #42.  Because plaintiff is incarcerated, the amended complaint must be screened under 28 U.S.C. § 1915A.  The amended complaint organizes and clarifies plaintiff's allegations and claims, but it does not appear to add any new allegations or claims. Therefore, plaintiff may continue proceeding on his Eighth Amendment claims against defendants for the reasons set forth in the previous screening order.  Dkt. #13.

ORDER

IT IS ORDERED that plaintiff James L. Kirk is GRANTED leave to proceed on his claims under the Eighth Amendment that defendants W. Brad Martin, Debra Tidquist, Cheryl Marsolek, Georgia Kostohyz and Tammi Maassen have failed to provide him adequate medical treatment for his serious heart condition.

Entered this 5th day of June, 2020.

BY THE COURT:

/s/
_____
BARBARA B. CRABB
District Judge