UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

JAMES L. KIRK,

    Plaintiff,

-vs-                                    Case No. 18-CV-110

TAMMI MAASSEN, W. BRAD MARTIN,
DEBRA TIDQUIST, CHERYL MARSOLEK
AND GEORGIA KOSTOHYZ,

    Defendants.

## PLAINTIFF'S NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that James L. Kirk, pro se plaintiff, in the above-captioned case, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the final Opinion and Order entered on 7-2-21 (Dkt. # 67), and Plaintiff's Request for the Court to Revisit its Earlier Ruling on Summary Judgment entered on 9-7-21, (Dkt. # 70).

_____                     10-6-21
James L. Kirk #119291                                       Date
Racine Correctional Institution
P.O. Box 900
Sturtevant, WI
     53177-0900